# FD-1023 Reporting Document

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI system.



[redacted]

## Reporting Details

**Date of Contact**
5/24/2024

[redacted]

**Date of Report**
5/28/2024

[redacted]

[redacted]

*CHS Reporting*

[redacted] On 05/24/2024, Special Agents [redacted] met with captioned Confidential Human Source (CHS) [redacted]. The CHS is trusted and is still being vetted at this time. The CHS has provided information in the past and furnished the following information:

[redacted] CHS provided the Facebook user identification (UID) for Haitham Al Dulaimi's Facebook account. The Facebook UID for Haitham Al Dulaimi is 100008528822833.

[redacted] Haitham Al Dulaimi's father told CHS that Haitham did not want to speak with CHS or his brother following Haitham's return to the United States from Iraq. Haitham's father told CHS that he could speak with Haitham in three or four days.

[redacted] CHS advised another individual, [redacted], is giving weapons to Haitham.

[redacted] CHS advised [redacted] car lot currently has a stolen car, a Chevrolet Equinox. CHS advised [redacted] was using this car for parts.

[redacted] Against advice and without direction, CHS told his brother that CHS was cooperating with the government. Unbeknownst to the FBI, CHS advised he told his brother after the third meeting with the FBI.

[redacted] CHS advised Haitham Al Dulaimi now has a new telephone number. CHS advised Haitham is friends with [redacted], who operates cell phone shops.

[redacted] CHS does not know [redacted] brother.

[redacted] When asked about [redacted], CHS advised [redacted] operates a car lot. CHS advised [redacted] is Sunni, and is not related to Haitham Al Dulaimi.

[redacted]

FD-1023 Reporting Document

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI system.



[redacted]

[redacted]